VERANCE CORP., Plaintiff–Appellant,

v.

DIGIMARC CORP. (DELAWARE) and Digimarc Corp. (Oregon), Defendants–Appellees,

and

IV Digital Multimedia Inventions, LLC., Defendant–Appellee.

No. 2011–1601.

United States Court of Appeals, Federal Circuit.

Feb. 2, 2012.

John D. Vandenberg, Joseph T. Jakubek, Klarquist Sparkman, LLP, Portland, OR, for Defendants–Appellees, Digimarc Corp (Delaware) and Digimarc Corp (Oregon).

Alan S. Kellman, Jason Berrebi, Desmarais LLP, New York, NY, for Defendant–Appellee, IV Digital Multimedia Inventions, LLC.

Alfred R. Fabricant, Lawrence C. Drucker, Peter Lambrianakos, Matthew B. Weinstein, Winston & Strawn LLP, New York, NY, for Plaintiff–Appellant.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).